

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2015

No. 04-15-00555-CV

Shirley Hale **MATHIS**,
Appellant

v.

Leticia R. **BENAVIDES**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVQ-000161-D3A
Honorable Jose  A. Lopez, Judge Presiding

## O R D E R

On November 18, 2015, we ordered appellant, Shirley Hale Mathis, as permanent guardian of the estate of Carlos Y. Benavides Jr., to request a supplemental clerk's and reporter's record relevant to an emergency motion that Mathis filed on November 17, 2015. Mathis has filed a copy of her requests. On November 18, Mathis requested that Ms. Cyndy Lenz and David J. Laurel prepare a supplemental reporter's record for a November 5, 2015 hearing. On November 19, Mathis requested a supplemental clerk's record from Webb County District Clerk Esther Degollado.

We order Cyndy Lenz and David J. Laurel to file the requested supplemental reporter's record by November 30, 2015.

We order Webb County District Clerk Esther Degollado to file the requested supplemental clerk's record by November 30, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2015.

_____
Keith E. Hottle
Clerk of Court